DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CURTIS ROGERS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2760

[December 18, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Usan, Judge; L.T. Case No. 05-008673-CF10A.

Rook E. Ringer of The Post-Conviction Alliance, Brandon, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and SHEPHERD, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***